

**UNITED STATES DI**
**EASTERN DISTRICT**
**SOUTHERN I**

Case:2:12-cr-20667
Judge: Borman, Paul D.
MJ: Whalen, R. Steven
Filed: 10-11-2012 At 03:19 PM
INDI USA V ALI R. BAZZI, ET AL (LG)

THE UNITED STATES OF AMERICA,

    Plaintiff,

           v.

VIOLATIONS: 18 U.S.C. § 371
               18 U.S.C. § 1951
               18 U.S.C. §924(c)
               18 U.S.C. § 2

D-1   ALI R. BAZZI,
D-2   HASSAN FARAJ,
D-3   FAHED HAMAD,
D-4   KHODOR AOUN,
D-5   MIKE ALI IBRAHIM,

    Defendants.

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

*(18 U.S.C. § 371– Conspiracy to Commit Interference With Commerce by Robbery)*

D-1   ALI R. BAZZI
D-2   HASSAN FARAJ
D-3   FAHED HAMAD
D-4   KHODOR AOUN
D-5   MIKE ALI IBRAHIM

On or about July 21, 2012, in the Eastern District of Michigan, Southern Division, the defendants, ALI R. BAZZI, HASSAN FARAJ, FAHED HAMAD, KHODOR AOUN, and MIKE ALI IBRAHIM, knowingly and wilfully conspired and agreed together and with each other, and with others both known and unknown to the Grand Jury, to commit offenses against the United States, to wit: the offense of interference with commerce by robbery, in violation of Title 18, United States Code, Sections 1951 and 371.

1

## COUNT TWO

*(18 U.S.C. § 1951 – Interference With Commerce By Robbery)*

D-1   ALI R. BAZZI
D-2   HASSAN FARAJ
D-3   FAHED HAMAD
D-4   KHODOR AOUN
D-5   MIKE ALI IBRAHIM

On or about July 21, 2012, in the Eastern District of Michigan, Southern Division, the defendants, ALI R. BAZZI, HASSAN FARAJ, FAHED HAMAD, KHODOR AOUN, and MIKE ALI IBRAHIM, while aiding and abetting each other, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay, and affect interstate commerce by robbery of the Good Neighbor Pharmacy, in that the defendants ALI R. BAZZI, HASSAN FARAJ, FAHED HAMAD, KHODOR AOUN, and MIKE ALI IBRAHIM, did unlawfully take money and controlled substances from the presence of V-1 against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, that is, by physically restraining and robbing V-1 at gunpoint, in violation of Title 18, United States Code, Sections 1951 & 2.

## COUNT THREE

*(18 U.S.C. § 924(c) – Use of a Firearm During and in Relation to a Crime of Violence)*

D-1   ALI R. BAZZI
D-2   HASSAN FARAJ
D-3   FAHED HAMAD
D-4   KHODOR AOUN
D-5   MIKE ALI IBRAHIM

On or about July 21, 2012, in the Eastern District of Michigan, Southern Division, defendants, ALI R. BAZZI, HASSAN FARAJ, FAHED HAMAD, KHODOR AOUN, and MIKE ALI IBRAHIM, while aiding and abetting each other, did intentionally use and carry a firearm, during and in relation to the commission of a crime of violence for which defendants, ALI R. BAZZI, HASSAN FARAJ, FAHED HAMAD, KHODOR AOUN, and MIKE ALI IBRAHIM, may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Two of this Indictment, all in violation of Title 18, United States Code, Sections 924(c) and 2.

3

## COUNT FOUR

*(21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute Controlled Substances: Hydrocodone, Oxycodone HCl and Alprazolam)*

D-1   ALI R. BAZZI
D-2   HASSAN FARAJ
D-3   FAHED HAMAD
D-4   KHODOR AOUN
D-5   MIKE ALI IBRAHIM

On or about July 21, 2012, in the Eastern District of Michigan, Southern Division, the defendants, ALI R. BAZZI, HASSAN FARAJ, FAHED HAMAD, KHODOR AOUN, and MIKE ALI IBRAHIM, knowingly and intentionally possessed with the intent to distribute Hydrocodone, also known as, Vicodin, a schedule III controlled substance, Oxycodone HCl, also known as, Oxycontin, a schedule II controlled substance, and Alprazolam, also known as, Xanax, a schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

4

## FORFEITURE ALLEGATIONS

Pursuant to Fed.R.Cr.P. 32.2(a), the Government hereby provides notice to Defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the crimes set forth in this Indictment.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
Grand Jury Foreperson

BARBARA L. McQUADE
United States Attorney

*s/John N. O'Brien II*
JOHN N. O'BRIEN II
Chief, Violent Crime Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3220
phone:  313-226-9715
email: john.obrien@usdoj.gov

*s/Jeanine Brunson*
JEANINE BRUNSON
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3220
phone: 313-226-9597
email: Jeanine.brunson@usdoj.gov

*s/Eaton Brown*
EATON BROWN
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3220
phone:  313-226-9184
email: eaton.brown@usdoj.gov

Dated:  October 11, 2012

| United States District Court<br>Eastern District of Michigan | Criminal Case C‹ | Case: 2:12-cr-20667<br>Judge: Borman, Paul D.<br>MJ: Whalen, R. Steven<br>Filed: 10-11-2012 At 03:19 PM<br>INDI USA V ALI R. BAZZI, ET AL (LG) |
| --- | --- | --- |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c

## Reassignment/Recusal Information This matter was opened in the USAO prior to August 15, 2008   [ ]

| Companion Case Information | Companion Case Number: |
| --- | --- |
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]:<br><br>☐ Yes     ☑ No | Judge Assigned:<br><br>AUSA's Initials: EB |

Case Title: USA v.  ALI R. BAZZI, ET AL.

County where offense occurred :  WAYNE

Check One:       ☑ Felony              ☐ Misdemeanor              ☐ Petty

    X   Indictment/_____Information --- **no** prior complaint.
    _____Indictment/_____Information --- based upon prior complaint [Case number:  ]
    _____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____     Judge: _____

    ☐    Original case was terminated; no additional charges or defendants.
    ☐    Corrects errors; no additional charges or defendants.
    ☐    Involves, for plea purposes, different charges or adds counts.
    ☐    Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
| --- | --- | --- |
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 11, 2012
Date

EATON BROWN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9184
Fax: (313) 226-5464
E-Mail address:  eaton.brown@usdoj.gov
Attorney Bar #:  P66003

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09